1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN GONZALEZ,                          No.  1:16-cv-00152-DAD-SAB

12              Plaintiff,

13        v.                                 ACTION HAS BEEN DISMISSED WITH
                                             PREJUDICE; ORDER DIRECTING CLERK
14   ENHANCED RECOVERY COMPANY,              OF THE COURT TO CLOSE THE CASE
     LLC; and DOES 1-10, inclusive,
15                                           (Doc. No. 5)
              Defendants.
16

17

18        On April 26, 2016, plaintiff filed a notice of voluntary dismissal with prejudice pursuant

19   to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 5.)  No responsive pleading has

20   been filed in this action.  In light of this, this case has terminated, *see* Fed. R. Civ. P.

21   41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been

22   dismissed with prejudice.  Accordingly, the undersigned directs the Clerk of Court to close the

23   case.

24   IT IS SO ORDERED.

25   Dated:   **April 27, 2016**                 _____

26                                               UNITED STATES DISTRICT JUDGE

27

28

                                                 1